JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>JOSE LUIS CISNEROS, an individual, KLC, a minor child, TMC, a minor child, and JESSE VOLANOS RAMIREZ, an individual, and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-02558 PA(JPRx)<br><br>(Honorable Percy Anderson)<br><br>**ORDER GRANTING STIPULATION FOR:**<br><br>**(1) DISCHARGE OF PRIMERICA;**<br><br>**(2) PERMANENT INJUNCTION;**<br><br>**(3) REIMBURSEMENT OF REASONABLE ATTORNEYS' FEES AND COSTS;**<br><br>**(4) DISTRIBUTION OF POLICY BENEFIT; AND**<br><br>**(5) DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   April 7, 2015 |

## **ORDER**

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, the Court hereby orders as follows:

1.   That Primerica Life Insurance Company ("Primerica") is discharged of all liability with respect to Primerica Life Insurance Policy number 0432512146 (the "Policy") and/or the benefit payable under the Policy; and

2.   That Defendants-In-Interpleader Jose Cisneros, Jesse Volanos Ramirez, Karina L. Cisneros and TMC and their respective agents, attorneys and/or assigns are enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against Primerica and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Policy and/or Policy benefit; and

3.   That Primerica is awarded the sum of $7,000 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Policy benefit deposited with the Court, to be made payable via a check to "Primerica Life Insurance Company" and to be mailed forthwith to its counsel of record in this action:  Hinshaw & Culbertson LLP, Attention: Gail E. Cohen, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071; and

4.   That counsel for TMC is awarded the sum $2,325 as her reasonable attorneys' fees incurred in this action, to be deducted from the Policy benefit deposited with the Court, to be made payable via a check to "Law Office Linda L. McLarnan-Dugan" and to be mailed forthwith to the Law Office of Linda L. McLarnan-Dugan, 444 E. Huntington Drive, Suite 207, Arcadia, California 91006; and

5.   That the balance of the Policy benefit in the amount of $374,772.60 shall be awarded to Jose Cisneros and to be paid by check made payable to "Law Offices of Randy W. Medina/attorney-client trust account" and to be mailed

36110777v1 0970272

forthwith to the Law Offices of Randy W. Medina, 301 East Colorado Boulevard, Suite 154, Pasadena, California 91101-1919; and

      6.    That this case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 19, 2015

                                      HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE

36110777v1 0970272